IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff,<br><br>v.<br><br>HARPO PRODUCTIONS, INC., et al.,<br>    Defendant.<br><br>HARPO PRODUCTIONS, INC.,<br>    Counter-Plaintiff,<br><br>v.<br><br>ILLINOIS COMPUTER RESEARCH, LLC,<br>    Counter-Defendant | § § § § § § § § § § § § § § § § § § | No. 08 C 7322<br><br>**Judge Matthew Kennelly** |

**HARPO'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Harpo files its Statement of Undisputed Facts in Support of Its Motion for Summary Judgment.

1. Harpo has used one primary method to display text of sections of the book – the traditional method, as exemplified by the sections of the *Story of Edgar Sawtelle*, [attached to Harpo's Memorandum for its Motion for Summary Judgment for Claim Construction and Noninfringement, Exhibit B, London Declaration, App. 3]. Harpo has briefly used a second method for approximately ten days in October/November 2009 in connection with one book, *Say You're One of Them. Id.* at App. 4.

2. The Oprah.com website includes between 35 – 40,000 website pages at any one time. London Declaration ¶8[1].

3. In order to create each page of the website, an Oprah.com producer decides what content to include and the overall layout of the website page, and then a graphical designer lays out the website page. *Id.* at ¶10.

4. To develop the website page, a website page template is first created; the website page template is used for a number of pages and includes most of the overall page layout, but contains none of the content. *Id.* at ¶¶ 12 and 13.

5. The website page template is stored on the Oprah.com servers. *Id.* at ¶ 13.

6. The content of the page – the actual HTML text that is included, the links to other pages, the HTML links to images and movies and any other content, is stored separately from the website page template. *Id.* at ¶ 14.

7. This content is entered through the use of an input template and the resulting content for each website page is also stored in the Oprah.com servers. *Id.* at ¶ 14.

8. The first-time user requests a particular website page from the Oprah.com website, one of the website servers creates the pages by merging the content for the website page with the template to form the HTML code for the actual website page. *Id.* at ¶ 15.

9. A true and correct copy of an example of the HTML code for an actual website page is attached to as Appendix 1 to the London Declaration.

10. After the HTML-coded page is created, it is then sent to the user's computer. London Declaration at ¶ 16.

---

[1] Hereinafter cited as "London Declaration ¶ ___]

11. It is on the user's computer that the user's browser software renders the page, executes the code to pull images and video from the Oprah.com servers, and displays the page for the user. *Id.*

12. A true and correct copy of a user browser-rendered page from the Harpo website is attached as Appendix 2 to the London Declaration.

13. In order to navigate the Oprah.com website, the website page template includes a number of links in "drop down boxes." London Declaration at ¶ 17.

14. The title bar includes a number of drop down boxes that allow a user to reach the portion of the site in which he is interested. *Id.*

15. One of title bar drop down boxes is labeled "Oprah's Book Club". *Id.*

16. Selection of "Oprah's Book Club" will execute a link that sends the title page of the Oprah's Book Club section of the Oprah.com website ("OBC section") to the computer. *Id.* at ¶ 18.

17. Traditionally, as exemplified by the website pages associated with the Story of Edgar Sawtelle, a publisher supplied an image of the cover to Harpo. *Id.* at ¶ 22.

18. The image of the cover of the *Story of Edgar Sawtelle* was stored on the Harpo servers for use for website pages. Appendix 2 to the London Declaration.

19. Text from the physical book of the *Story of Edgar Sawtelle*, pages 9 to 16, were physically typed into the website pages associated with the Story of Edgar Sawtelle. London Declaration at ¶ 22.

20. No attempt was made by Harpo to mimic the font of the physical pages of the book, the pagination of the physical pages of the book, the layout of the physical page of the book, or any non-text portions of the physical pages of the book. *Id.* at ¶ 23.

21. With respect to *Say You're One of Them*, for approximately 10 days, instead of typed in text of five different pages, an excerpt in of the book in a single file in pdf form was made available for download by the user. *Id.* at ¶ 25.

22. The user may view the entire excerpt from *Say You're One of Them* that is made available by downloading a single file. *Id.* at ¶ 26.

23. The text stored for the traditional method used by Harp is HTML text that does not have a "resolution" – it is text. *Id.* at ¶ 23.

24. If the Oprah.com producer wished to have 500 words of an excerpt from a particular book using the traditional method displayed on the Oprah.com website, he decides about how many website pages would be desirable to split the text among. *Id.* at ¶ 22.

25. When the user selects to read an excerpt, the first web page is then delivered to the user, as shown in Appendix 3 attached to the London Declaration, with a series of links at the bottom that allow a user to then go to any of the other four website pages that have the typed-in text. *Id.* at ¶24.

26. A user could read the first and second website pages with text from the *Story of Edgar Sawtelle*, then jump to a webcast related to the book, read page three of the website text, and then review the author's biography, all by simply selecting the embedded links on the website pages. *Id*.

27. Alternatively, a user of the Oprah.com website could view all five pages by clicking on the various website page links related to the excerpt of the Story of Edgar Sawtelle. *Id.*

28. The excerpt from *Say You're One of Them* is stored in a single file. When a user selects to download the pdf file, the server delivers the entire file. *Id.* at ¶ 25 and 26.

29. With respect to *"Say You're One of Them,"* there is no counter that prevents a user from downloading the file multiple times; the server delivers the entire file in one chunk; it has no additional file to provide. *Id.* at ¶ 25.

30. When a user hovers over the front cover image on the OBC portion of the Oprah.com website, the website displays an "alt tag." *Id.* at ¶ 27.

31. The "alt tag" does not indicate what a reaction will be to a specified operation. *Id*.

32. The "alt tag" identifies the name of the book for users who require technology for the visually impaired to experience the website page. *Id.*

33. None of the images used in conjunction with the OBC section of the Oprah.com website have a higher pixel density for readable parts of a book image than is provided for ornamental or non-readable parts of a book image. *Id.* at ¶ 28.

34. All images used in conjunction with the OBC section of the Oprah.com website are scanned in a single scan and do not have different density for readable versus non-readable parts. *Id.*

35. Joint Appendix-A is a true and correct copy of U.S. Patent No. 7,111,252.

36. Joint Appendix-B is a true and correct copy of the prosecution history for the application that led to U.S. Patent No. 7,111,252.

37. This case involves a claim for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §§ 271 & 281. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

38. The Plaintiff and Counter-Defendant in this matter is Illinois Computer Research, LLC, an Illinois corporation with its sole place of business in Chicago, Illinois.

39. The Defendant and Counter-Plaintiff in this matter is Harpo Productions, Inc. an Illinois corporation with a principal place of business at 11 N. Carpenter St., Chicago, Illinois 60607.

40. Exhibit F to Harpo's Memorandum for its Motion for Summary Judgment for Claim Construction and Noninfringement is a true and correct copy of pages 9 – 16 of the *Story of Edgar Sawtelle*.

>Respectfully submitted,
>
>**HARPO PRODUCTIONS, INC.**
>
>By: */s/ Michael Locklar*
>   One of its attorneys

Charles L. Babcock
Michael Locklar
JACKSON WALKER L.L.P.
1401 McKinney, Ste. 1900
Houston, TX 77010
(713) 752-4200

David P. Sanders
Olivia T. Luk
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923-2963

5661436v.1

CERTIFICATE OF SERVICE

    I certify that I caused a true and correct copy of this document to be served on all counsel of record by the Court's electronic filing system on November 18, 2009:

                                             */s/ Michael Locklar*
                                             Michael Locklar

5661436v.1