# EXHIBIT B



**JACKSON WALKER L.L.P.**
ATTORNEYS & COUNSELORS

Michael Locklar
713-752-4329
713-308-4137 (fax)
mlocklar@jw.com

March 11, 2009

*Via Email and CM/RRR*

Mr. Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street – Suite 4600
Chicago, Illinois 60602-4635

    Re:    No. 08-C-7322; *Illinois Computer Research, LLC v. Harpo Productions, Inc., et al.*

Dear Paul:

    Enclosed is Defendant Harpo Productions, Inc.'s Initial Disclosures in the above matter.

Sincerely,

Michael Locklar

ML:met
Enclosure

cc:    Mr. William P. Oberhardt
       Mr. Jeffrey Gerchick
       Mr. Richard S. Gresalfi

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Illinois Computer Research, LLC<br>Plaintiff, | )<br>)<br>) Case Number:  08 cv 7322<br>) |
| v. | )<br>) |
| | ) **Judge Matthew Kennelly** |
| Harpo Productions, Inc.,<br>Sony Corporation of America, and<br>Sony Electronics Inc.<br>Defendant, | )<br>)<br>)<br>)<br>) |
| | ) <u>JURY DEMANDED</u> |

### DEFENDANT HARPO PRODUCTIONS, INC.'S INITIAL DISCLOSURES

Subject to and without waiving any privilege or immunity from discovery, including without limitation the attorney-client privilege and the attorney work product exception, Defendant Harpo Productions, Inc. ("Harpo") makes the following initial disclosures. Harpo reserves the right to supplement these disclosures.

**A.     Name and, if available, address and telephone number of each individual likely to have discoverable information that Harpo may use to support its claims or defenses:**

> Josh London
> 110 N. Carpenter Street
> Chicago, Illinois 60607
> Mr. London may be contacted through Harpo's outside counsel.

> Mr. London is likely to have discoverable information regarding the web pages associated with the Oprah Book Club portion of the Oprah.com website.

> Kalpesh Patel
> 110 N. Carpenter Street
> Chicago, Illinois 60607
> Mr. Patel may be contacted through Harpo's outside counsel.

> Mr. Patel is likely to have discoverable information regarding the web pages associated with the Oprah Book Club portion of the Oprah.com website.

Jennifer Sverns
110 N. Carpenter Street
Chicago, Illinois 60607
Ms. Sverns may be contacted through Harpo's outside counsel.

Ms. Sverns is likely to have discoverable information regarding the content of web pages associated with the Oprah Book Club portion of the Oprah.com website.

Gene Swytnyk
110 N. Carpenter Street
Chicago, Illinois 60607
Ms. Swytnyk may be contacted through Harpo's outside counsel.

Mr. Swytnyk is likely to have discoverable information regarding the web pages associated with the Oprah Book Club portion of the Oprah.com website.

**B.  Descriptions of categories of documents, data compilations and tangible things within Harpo's possession, custody, or control that Harpo may use to support its claims or defenses:**

Harpo has the content and source code associated with the Oprah Book Club portion of the Oprah.com website.

Harpo also has documents relating to the prior art associated with U.S. Patent No. 7,111,252.

Harpo has no other information or documents to disclose under Rule 26.

Respectfully submitted,

HARPO PRODUCTIONS, INC.

By: _____
    One of its attorneys

Charles L. Babcock
Michael Locklar
JACKSON WALKER L.L.P.
1401 McKinney, Ste. 1900
Houston, TX 77010
(713) 752-4200

David P. Sanders (ARDC #2452359)
Olivia T. Luk (ARDC #6288365)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
(312) 923-2963

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been forwarded to all known counsel of record by Certified Mail, return receipt requested, or by facsimile on March 11, 2009, addressed as follows:

Raymond P. Niro
Paul K. Vickrey
Lee F. Grossman
Nicholas M. Dudziak
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

William P. Oberhardt
William P. Oberhardt, LLC
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
Phone: (312) 251-1100

Jeffrey Gerchick
Paul T. Qualey
Kenyon & Kenyon LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: (202) 220-4200
Fax: (202) 220-4201

Richard S. Gresalfi
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

- 4 -

5453622v.1