## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Illinois Computer Research LLC

                         Plaintiff,

v.                                       Case No.: 1:08−cv−07322
                                              Honorable Matthew F. Kennelly

Harpo Productions, Inc, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 10, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly:Evidentiary hearing held on remaining claim construction issue. Matter taken under advisement. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.