UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Illinois Computer Research LLC
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−07322
                                                   Honorable Matthew F. Kennelly

Harpo Productions, Inc, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 18, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court grants in part ICRs motion to strike Harpos amended initial disclosures [docket no. 121]. All witnesses and entities that Harpo named for the first time in its amended Rule 26(a)(1) disclosures served on 4/30/10 are stricken, with the following exceptions: the four expert witnesses; Scott Harris; and James Parker. In addition, the Court declines to strike Amazon.com and Google to the extent they are identified as having information regarding licenses obtained from ICR (but strikes those entities regarding all other topics). The Court's order striking witnesses includes those persons and entities named in Sony's initial disclosures that Harpo named for the first time in its amended disclosures. A written decision explaining the Courts ruling will follow. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.