IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Illinois Computer Research, LLC | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 C 7322 |
| v. | ) ) | Honorable Matthew Kennelly |
| Harpo Productions Inc. | ) ) | Magistrate Judge Mason |
| Defendant. | ) ) | |

## ICR'S WAIVER OF CLAIM FOR INJUNCTIVE RELIEF

ICR will be seeking damages in the form of a lump-sum fully paid-up license through the full term of the Harris '252 patent. As a consequence, ICR is not entitled to and hereby waives any claim for injunctive relief against Harpo.

April 6, 2010

Respectfully submitted,

/s/  Paul K. Vickrey
Raymond P. Niro (rniro@nshn.com)
Paul K. Vickrey (pvickrey@nshn.com)
Joe A. Culig (jculig@nshn.com)
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
Tel:  (312) 236-0733
Fax:  (312) 236-3137

**Attorneys For Illinois Computer Research, LLC**

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **ICR'S WAIVER OF CLAIM FOR INJUNCTIVE RELIEF** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

David P. Sanders (dsanders@jenner.com)
Olivia T. Luk (oluk@jenner.com)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Fax:  (312) 527-0484

Charles L. Babcock (cbabcock@jw.com)
Michael G. Locklar (mlocklar@jw.com)
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010

Robert P. Latham
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX  75202
214-953-6095

***Attorneys for Harpo Productions, Inc.***

on this 20th day of May, 2010.

                                                         /s/     Paul K. Vickrey