# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Illinois Computer Research LLC

          Plaintiff,

v.                   Case No.: 1:08−cv−07322
                  Honorable Matthew F. Kennelly

Harpo Productions, Inc, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 21, 2010:

   MINUTE entry before Honorable Matthew F. Kennelly: Response to plaintiff's motion to bar patent attorney testimony (which was filed on 5/14/10) is to be filed by 5/28/10. Reply to response is to be filed by 6/4/10. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.