# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7322 | **DATE** | 5/20/2010 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Harpo Productions, Inc. | | |

**DOCKET ENTRY TEXT**

The Court construes the remaining disputed terms of the '252 patent as described in the accompanying Memorandum Opinion and Order.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | mk |

08C7322 Illinois Computer Research, LLC vs. Harpo Productions, Inc.

Page 1 of 1