**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case Number: 08 cv 7322** |
| v. | ) ) | **Judge Matthew Kennelly** |
| **HARPO PRODUCTIONS INC.** | ) ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 26, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Matthew F. Kennelly, in the courtroom (Room 2103) usually occupied by him in the United States District Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604, to present Motion of Defendant Harpo Production, Inc.'s To Reconsider Minute Order Of May 18, 2010 To Allow Harpo To Call Up To Eight Witnesses At Trial, And In The Alternative, For Continuance Of Trial To Allow ICR Additional Time To Depose The Witnesses, a copy of which will be served upon you by the Court's CM/ECF System.

Respectfully submitted,

HARPO PRODUCTIONS, INC.


*s/ Charles L. Babcock*
One of its attorneys

Charles L. Babcock
Michael Locklar
JACKSON WALKER L.L.P.
1401 McKinney, Ste. 1900
Houston, TX 77010
(713) 752-4200

David P. Sanders
Olivia T. Luk
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 923-2963

**CERTIFICATE OF SERVICE**

    I certify that I caused a true and correct copy of this document to be served on all counsel of record by the Court's CM/ECF System on May 21, 2010.

                                     *s/ Charles L. Babcock*
                                     One of its attorneys