# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7322 | **DATE** | 5/26/2010 |
| **CASE TITLE** | Illinois Computer Research vs. Harpo Productions | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order on plaintiff's motion to strike. The Court corrects the order dated 5/18/2010 to provide that the Court also declines to strike newly disclosed witness Carolyn Koller.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|